## MONTGOMERY *v.* WEIR and Another, in Chancery.

*Saturday,
November 14.*

THE surety in an administration bond, being indebted to the administrator in the sum of 300 dollars, gave him a note for the payment. On a settlement of the estate in the Probate Court, the administrator was found in arrears to the amount of 1,100 dollars. The surety, fearing a loss on account of his suretiship, refused to pay the note, and gave public notice of the circumstances for the purpose of preventing its assignment. The administrator, however, assigned the note; and the assignees obtained a judgment at law against the maker.

On a bill filed by the judgment debtor, the proceedings against him at law were enjoined, until he should be secured against his liability as surety of the administrator, the payee of the note.